IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREMY DAVIS and
LANDMARK AMERICAN
INSURANCE COMPANY                                                                          PLAINTIFFS

V.                                         CASE NO. 4:16-CV-4035

EBCO GENERAL CONTRACTORS, LTD.,
*et al.*                                                                                              DEFENDANTS

**ORDER**

Before the Court is a Motion to Intervene filed by Bridgefield Casualty Insurance Co. (ECF No. 30). No response to the motion has been filed, and the time to do so has passed. The Court finds this matter ripe for consideration. Bridgefield Casualty Insurance Co. contends that it has a stake in the outcome of this action because it is the workers' compensation carrier for Plaintiff Jeremy Davis' employer and it has paid benefits to Davis for injuries allegedly caused by Defendants.

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Rule 24(b)(1)(B) of the Federal Rules of Civil Procedure, the movant has shown that the motion was timely filed, that there are questions of law or fact in common with the main action, and that the intervention will not unduly delay or prejudice the rights of the parties in the underlying litigation. Accordingly, Bridgefield Casualty Insurance Co. is permitted to intervene in this action and file its complaint in intervention. The complaint must be filed conventionally on or before September 6, 2016.

**IT IS SO ORDERED**, this 30th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge