IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREMY DAVIS and
LANDMARK AMERICAN
INSURANCE COMPANY                                                                                    PLAINTIFFS

v.                                          Case No. 4:16-cv-4035

EBCO GENERAL CONTRACTORS, LTD. *et al*.                                          DEFENDANTS

v.

BRIDGEFIELD CASUALTY INSURANCE COMPANY                                      INTERVENOR

## ORDER

Before the Court is a Demand for a Twelve Person Jury (ECF No. 40) filed by Separate Defendants CenterPoint Energy Solutions, Inc., CenterPoint Energy Services, Inc., CenterPoint Energy Service Company, LLC, and CenterPoint Energy Resources Corp. No party has filed a response to this motion, and the time for response has passed. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Accordingly, pursuant to Federal Rules of Civil Procedure 38 and 48, the trial of this matter will be before a twelve (12) person jury.

**IT IS SO ORDERED**, this 25th day of October, 2016.

>                                                      /s/ Susan O. Hickey
>                                                      Susan O. Hickey
>                                                      United States District Judge