IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JEREMY DAVIS and
LANDMARK AMERICAN
INSURANCE COMPANY                                                                   PLAINTIFFS

v.                                          Case No. 4:16-cv-4035

EBCO GENERAL CONTRACTORS, LTD. et al.                                  DEFENDANTS

v.

BRIDGEFIELD CASUALTY INSURANCE COMPANY                      INTERVENOR

## ORDER

Before the Court is the parties' Joint Motion to Dismiss Separate Defendants CenterPoint Energy Services, Inc., CenterPoint Energy Mobile Energy Solutions, Inc., and CenterPoint Energy Service Company, LLC. (ECF No. 46). The parties request that Separate Defendants CenterPoint Energy Services, Inc., CenterPoint Energy Mobile Energy Solutions, Inc., and CenterPoint Energy Service Company, LLC be dismissed from this case without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Plaintiffs' claims against Separate Defendants CenterPoint Energy Services, Inc., CenterPoint Energy Mobile Energy Solutions, Inc., and CenterPoint Energy Service Company, LLC are **DISMISSED WITHOUT PREJUDICE**. Accordingly, Separate Defendants EBCO General

Contractors, LTD., CenterPoint Energy Resources Corp., Reliance Plumbing Group, Inc., and Reliance Mechanical Contractors still remain as Defendants in this action.

**IT IS SO ORDERED**, this 6th day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge