IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| JEREMY DAVIS and<br>LANDMARK AMERICAN<br>INSURANCE COMPANY | | PLAINTIFFS |
| v. | Case No. 4:16-cv-4035 | |
| EBCO GENERAL CONTRACTORS, LTD.;<br>CENTERPOINT ENERGY RESOURCES CORP.;<br>RELIANCE PLUMBING GROUP, INC.; and<br>RELIANCE MECHANICAL CONTRACTORS | | DEFENDANTS |
| v. | | |
| BRIDGEFIELD CASUALTY INSURANCE COMPANY | | INTERVENOR |
| v. | | |
| EBCO GENERAL CONTRACTORS, LTD. | | THIRD-PARTY PLAINTIFF |
| v. | | |
| DANIELL AIR & ELECTRIC, INC. | | THIRD-PARTY DEFENDANT |

## ORDER

Before the Court is a Notice of Withdrawal of Motion to Compel filed on behalf of Third-Party Defendant Daniell Air & Electric, Inc. ("Daniell"). ECF No. 69. Daniell informs the Court that its Motion to Compel (ECF No. 68) was filed in error. Upon consideration, the Court is satisfied that good cause for the motion has been shown. Accordingly, Daniell's motion (ECF No. 69) should be and hereby is **GRANTED**. The Clerk is directed to withdraw Daniell's Motion to Compel.

**IT IS SO ORDERED**, this 16th day of October, 2017.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District